TARA K. McGRATH
United States Attorney
E. CHRISTOPHER BEELER
Assistant United States Attorney
California Bar No.: 330496
New York Bar No.: 5422068
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-7748
Fax: (619) 546-0510
Email: christopher.beeler@usdoj.gov

Attorneys for the United States

FILED
NOV 14 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-MJ-4145-BLM |
| Plaintiff, | **MOTION TO UNSEAL COMPLAINT AND ARREST WARRANT** |
| v. | |
| CARLOS MANUEL DA SILVA SANTOS, | |
| Defendant. | |

The United States of America, by its counsel, moves to unseal the Complaint and Arrest Warrant in the above-captioned matter. The defendant is in custody.

DATED: November 13, 2023

Respectfully submitted,

TARA K. McGRATH
United States Attorney

_____
E. CHRISTOPHER BEELER
Assistant United States Attorney

**SO ORDERED.**

DATED: November 13, 2023

_____
HON. BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE